DONALD O'TOOLE, Respondent, *v.* MICHAEL S. JACOBS, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*Myron Gould* and *Sol Strauss* for motion.
*Elliot B. Paley* and *Joseph W. Rosenberg* opposed.

Motion dismissed, without costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution.